UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, on behalf of himself and all others similarly situated,

        Plaintiff,

-v-

GATOR WADERS, LLC,

        Defendant.

CIVIL ACTION NO. 23 Civ. 5785 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were required to submit a Report of Rule 26(f) Meeting and Proposed Case Management Plan by September 19, 2023 (ECF No. 10), but failed to do so. As a one-time courtesy, the Court <u>sua sponte</u> extends the parties' deadline to **September 20, 2023**. The parties are warned that failure to comply with this Order—and any further other Court Orders—may result in sanctions, including but not limited to a recommendation to the Honorable Andrew L. Carter, Jr. to dismiss the action for failure to prosecute.

Dated:    New York, New York
            September 20, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**