**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LUIS TORO,** on behalf of himself and all others similarly situated,<br><br><div align="center">**Plaintiff,**</div><br><div align="center">-v.-</div><br>**GATOR WADERS, LLC,**<br><br><div align="center">**Defendant**</div> | **1:23-cv-05785 (ALC) (SLC)**<br><br>__ORDER__ |

**ANDREW L. CARTER, JR., United States District Judge:**

On August 30, 2023 this matter was referred to United States Magistrate Judge Sarah L. Cave for general pretrial matters.  The Court now considers the Report and Recommendation issued by Judge Cave, recommending that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Despite notification of the right to object to the Report and Recommendation, no objections were filed. Where no timely objections are made, the district court reviews the Report and Recommendation for clear error.  *Sacks v. Gandhi Eng'g, Inc*., 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014).  As there are no objections to the Report and Recommendation and as the Court finds no clear error in the record, the Court adopts the Report and Recommendation in its entirety. This action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

**Dated:    October 20, 2023**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**